RECEIVED
FEB - 4 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TELEFIA SONIAT | CIVIL ACTION NO. 12-919 |
| VERSUS | JUDGE TRIMBLE |
| CANTEEN SERVICES, ET AL. | MAGISTRATE JUDGE KIRK |

## ORDER

For the reasons contained in the Report and Recommendation issued by Magistrate Judge Kirk in the above-captioned case,[1] and after independent (de novo) review of the record, including the objections filed herein, and having determined that the findings and recommendation are correct under applicable law; it is hereby

**ORDERED** that defendants' motion to dismiss[2] is **DENIED** at this time. It is further

**ORDERED** that plaintiff has forty-five (45) days from the date of this judgment to amend her complaint to name the Corrections Corporation of America as the proper defendant in this case. Plaintiff's failure to amend her complaint as ordered will result in the dismissal of her claims with prejudice.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 4th day of February, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 17.
[2] R. 9.